IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| JANIE SUTHERLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 2004-AR-129-M |
| ) | |
| MATRIXX INITIATIVES, et al. ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW

COME NOW the undersigned counsel for Defendant, McKesson Corporation, Connie Ray Stockham and Hunter C. Carroll and the firm of Stockham, Carroll & Smith, P.C. and file their Motion To Withdraw as counsel for the Defendant McKesson Corporation in the above-styled case. As grounds therefore, the undersigneds show this Court that attorney William Mudd has entered an appearance for McKesson Corporation.

s/Connie Ray Stockham
Connie Ray Stockham
State Bar No.STO040
Attorney for McKesson Corporation
Stockham, Carroll, & Smith, P.C.
2204 Lakeshore Drive
Suite 114
Birmingham, Alabama 35209
Telephone (205) 879-9954
Fax: (205) 879-9990
E-Mail: crs@stockhampc.com

s/Hunter C. Carroll
Hunter C. Carroll
State Bar No.CAR129
Attorney for McKesson Corporation
Stockham, Carroll, & Smith, P.C.
2204 Lakeshore Drive
Suite 114
Birmingham, Alabama 35209
Telephone (205) 879-9954
Fax: (205) 879-9990
E-Mail: hcc@stockhampc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| JANIE SUTHERLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 2004-AR-129-M |
| | ) | |
| MATRIXX INITIATIVES, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on March 24, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, <u>MOTION TO WITHDRAW</u> which will automatically send e-mail notification to the following attorneys of record:

Jeffrey C. Kirby, Esq.
Email: PHDKH-efiling@pittmanhooks.com

Elisabeth Roberts, Esq.
Email: PHDKH-efiling@pittmanhooks.com

Daniel B. King, Esq.
**King & King Attorneys PC**
King Building
757 Chestnut Street
Gadsden, AL 35901-4192

James M. Strong
Email: jms@sadlersullivan.com

William A. Mudd, Esq.
Email: wam@sadlersullivan.com

Marda W. Sydnor, Esq.
Email: msydnor@pljpc.com

Stanley A. Cash, Esq.
Email: sac@hjsllp.com

Stephen A. Kennedy
**Jackson Walker LLP**
901 Main Street, Suite 6000
Dallas, TX 75202

(214) 953-6000

Kurt Allen Schwarz
**Jackson Walker LLP**
901 Main Street, Suite 6000
Dallas, TX 75202
(214) 953-6000

Amy Osberg Wietjes
**Jackson Walker LLP**
901 Main Street, Suite 6000
Dallas, TX 75202
(214) 953-6000

                                                                               s/Connie Ray Stockham
_____ Connie Ray Stockham
State Bar No.STO040
Attorney for McKesson Corporation
Stockham, Carroll, & Smith, P.C.
2204 Lakeshore Drive
Suite 114
Birmingham, Alabama 35209
Telephone (205) 879-9954
Fax: (205) 879-9990
E-Mail: crs@stockhampc.com