FILED
2006 Feb-20  PM 03:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**MIDDLE DIVISION**

| | | |
|---|---|---|
| JANIE L. SUTHERLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO.: |
| vs. | ) | 4:04-CV-00129WMA |
| | ) | |
| MATRIXX INITIATIVES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

Comes now, Joseph P. H. Babington and Jason R. Watkins, of the firm Helmsing, Leach,

Herlong, Newman & Rouse, P.C., and hereby appear as counsel of record for Botanical

Laboratories, Inc. in the above-captioned matter.

Submitted this 20th day of February, 2006.

Respectfully submitted,

**HELMSING, LEACH, HERLONG,**
 **NEWMAN & ROUSE, P.C.**

By: /s/ **Jason R. Watkins**
    JOSEPH P. H. BABINGTON (BABIJ7938)
    JASON R. WATKINS (WATKJ3882)
    Post Office Box 2767
    Mobile, Alabama 36652
    Telephone:  (251) 432-5521
    Facsimile:  (251) 432-0633
    Email: jpb@helmsinglaw.com
    Email: jrw@helmsinglaw.com
    Attorneys for Defendant Botanical Laboratories,
    Inc.

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served by ECF on the 20th day of February, 2006:

Jeffrey C. Kirby, Esq.
Pittman, Hooks, Dutton, Kirby
& Hellums, P.C.
1100 Park Place Tower
Birmingham, Alabama 35209

**/s/ Jason R. Watkins**
 OF COUNSEL

100306