IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| JANIE L. SUTHERLAND, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No. 4:04-CV-00129-WMA |
| | § | |
| MATRIXX, INITIATIVES, INC., et al., | § | |
| | § | |
| Defendants. | § | |

## MOTION OF STEVEN KENNEDY AND AMY OSBERG TO WITHDRAW AS COUNSEL FOR DEFENDANT BOTANICAL LABORATORIES, INC.

COMES NOW counsel for Defendant Botanical Laboratories, Inc. ("Botanical"), and requests that the Court allow the withdrawal of Steven Kennedy and Amy Osberg, as counsel of record for Botanical in the above-referenced action, and would show the Court as follows:

On February 20, 2006, Joseph P. H. Babington and Jason R. Watkins, of the law firm Helmsing, Leach, Herlong, Newman & Rouse, P.C., entered their appearances in this lawsuit as counsel for Botanical. Mr. Babington and Mr. Watkins are both members of the bar of Alabama and of this Court. In addition, Botanical is represented by Alan Lazarus and Susan M. Sharko of the law firm Drinker Biddle & Reath, L.L.P., each of whom has been admitted *pro hac vice*.

Accordingly, the undersigned counsel for Botanical requests that the Court allow the withdrawal of Steven Kennedy and Amy Osberg as counsel of record for Botanical in this matter and to direct the Clerk to remove Mr. Kennedy's and Ms. Osberg's names from the list of counsel served by the Court's electronic filing and case management system.

Dated:April 6, 2006.

                                      Respectfully submitted,

                                      JACKSON WALKER L.L.P.

                                      By: /s/Kurt Schwarz
                                            Kurt Allen Schwarz
                                    901 Main Street, Suite 6000
                                    Dallas, Texas 75202
                                    (214) 953-6000

## CERTIFICATE OF SERVICE

      I hereby certify that I have caused to be served a copy of the above and foregoing motion on all counsel via the Court's electronic filing and case management system on April 6, 2006.

                                        /s/Kurt Schwarz
                                        Kurt Allen Schwarz