IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| **JANIE SUTHERLAND,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:   4:04-cv-00129-WMA |
| | ) | |
| **BOTANICAL LABORATORIES, INC.,** | ) | |
| et al., | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION TO WITHDRAW**

COMES NOW Counsel for Botanical Laboratories, Inc. and requests that the Court allow said Counsel's withdrawal as Counsel of Record for Botanical in the above-referenced action. In support of this Motion, Counsel states as follows:

On February 20, 2006, Joseph Babington of the law firm Helsing, Leach, Hurlong, Newman & Rouse, P.C. entered an appearance in this lawsuit as counsel for Botanical, and will be representing Botanical as the lawsuit goes forward.

Accordingly, the undersigned Counsel for Botanical requests that the Court allow the withdrawal of Lee T. Clanton as Counsel of Record for Botanical in this matter, and that the Court direct the Clerk to remove Mr. Clanton's name from the list of Counsel served by the Court's electronic filing and case management system.

       Respectfully submitted,

       **s/Lee T. Clanton**
       Lee T. Clanton
       Bar No.:  ASB-0617-N45L
       PORTERFIELD, HARPER, MILLS &
        MOTLOW, P.A.
       P.O. Box 530790
       Birmingham, Alabama  35253-0790
       (205)980-5000
       (205)980-5001 - Fax
       Email:	ltc@phm-law.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**MIDDLE DIVISION**

| | |
|---|---|
| **JANIE SUTHERLAND,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | )    Case No.:     4:04-cv-00129-WMA |
| | ) |
| **BOTANICAL LABORATORIES, INC.,** | ) |
| et al., | ) |
| | ) |
|    **Defendants.** | ) |

**CERTIFICATE OF SERVICE**

    I do hereby certify that I have on this the 27th day of July, 2006, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:  Joseph P. Babington, Esq., Russell C. Buffkin, Esq., T. Ryan Luna, Esq., Michael C. Bradley, Esq., Jeffrey C. Kirby, Esq., Elisabeth French, Esq., William T. Johnson, III, Esq., Daniel B. King, Esq., William A. Mudd, Esq., Marda W. Sydnor, Esq., Connie Ray Stockham, Esq., Hunter C. Carroll, Esq., Stanley A. Cash, Esq., Alan J. Lazarus, Esq., Susan M. Sharko, Esq., James M. Strong, Esq., and Jason R. Watkins, Esq.

 

                                                **s/Lee T. Clanton**
                                                Lee T. Clanton
                                                Bar No.:  ASB-0617-N45L
                                                PORTERFIELD, HARPER, MILLS &
                                                 MOTLOW, P.A.
                                                P.O. Box 530790
                                                Birmingham, Alabama  35253-0790
                                                (205)980-5000
                                                (205)980-5001 - Fax
                                                Email:      ltc@phm-law.com